IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

NOV 16 2017

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| CLINT COXWELL, | CV 17–85–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| GEICO GENERAL INSURANCE CO., | |
| Defendant. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH

PREJUDICE, each party to pay its own costs. All pending motions are MOOT

and all deadlines are VACATED.

DATED this _____ day of November, 2017.

Donald W. Molloy, District Judge
United States District Court